1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
## EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  JEDIDIAH D. DEMPSEY, | Case No.  1:23-cv-01545-NODJ-SAB |
| 12            Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE OF DEFENDANT UNITED STATES OF AMERICA OR A REQUEST FOR ENTRY OF DEFAULT |
| 13       v. | |
| 14  UNITED STATES OF AMERICA, et al., | |
| 15            Defendants. | ORDER VACATING SCHEDULING CONFERENCE SET FOR JANUARY 25, 2024 |
| 16 | |
| 17 | **7 DAY DEADLINE** |

18          On October 31, 2023, Plaintiff filed the complaint in this action against Kaylea G. Santos.

19  (ECF No. 1.)  The initial scheduling conference is set for January 25, 2024, before the previously

20  assigned magistrate judge.[1]  On December 22, 2023, the United States of America filed a notice

21  of substitution pursuant to 28 U.S.C. § 2679(d)(1).   (ECF No. 7.)   The Notice included a

22  certification of course and scope of federal employment dated December 15, 2023, wherein the

23  United States Attorney's Office certified it had read the complaint in the instant action.  (Id. at

24  4.)  As of this date, Plaintiff has not filed a proof of service of the summons and complaint.  (See

25  ECF No. 3-1 at 1.)

26  ///

27  ///

28  _____
[1] On December 26, 2023, the case was reassigned to the undersigned.  (ECF No. 8.)

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff shall file a notice of the status of service of Defendant United States of America or, alternatively, request entry of default **within seven (7) days** of the date of entry of this order.  Plaintiff is advised that failure to comply with this order may result in the issuance of sanction, up to and including dismissal of this action; and

2.      The scheduling conference set for January 25, 2024 at 9:45 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto is **VACATED**.

IT IS SO ORDERED.

Dated:   **January 9, 2024**

UNITED STATES MAGISTRATE JUDGE